Bruce E. Blumberg
**BLUMBERG & ASSOCIATES**
_____

3600 N. 19th Avenue
Phoenix, Arizona 85015
Office: (602) 277-6180
Fax: (602) 889-9167

Attorney for Defendant
Arizona State Bar Number 010779
Email: bruce@azblumberglaw.net

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No: CR19-00984-TUC-JAS(LCK) |
| Plaintiff, | |
| vs. | **DEFENDANT'S FOURTH MOTION TO CONTINUE TRIAL EXTEND PLEA DEADLINE AND EXTEND TIME TO FILE PRETRIAL MOTIONS** |
| Mark Vincent Baker, Counts 1, 2, 3: | |
| Defendants. | |

Defendant, Mark Baker by and through undersigned counsel, hereby requests that this Honorable Court continue all dates currently set in the above-captioned matter. Trial in this matter is scheduled for March 24, 2020.

The parties are negotiating a possible plea agreement. As such, Defendant respectfully requests that all currently scheduled dates be continued ninety (90) days.

Ms. Angela Woolridge, of the U.S. Attorney's Office, does not object to this continuance. Defendants waive any time constraints as excludable delay under 18 U.S.C. §3161 (h)(3)(A) will occur as a result of this motion or of an order based thereon.

RESPECTFULLY SUBMITTED, this 9th day of March, 2020.

                                                      BLUMBERG & ASSOCIATES

                                                      By:   /s/ Bruce E. Blumberg
                                                                Bruce E. Blumberg, Esq.
                                                                 Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2020, the attached document was e-filed with the Clerk's Office and sent to the following individuals:

Clerk of the Court
United States District Court - Tucson

Angela Woolridge
United States Attorney's Office

By: <u>Bruce E. Blumberg</u>