IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) No. CR 19-984-TUC-JAS (LCK) |
|---|---|
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Mark Vincent Baker, | ) |
| Defendant. | ) |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Kimmins that recommends denying Defendant's motion to suppress. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Kimmins' recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows: (1) Magistrate Judge Kimmins' Report and Recommendation (Doc. 55) is accepted and adopted. (2) Defendant's motion to suppress (Doc. 28) is denied.

Dated this 17th day of March, 2020.

*/s/ James C. Soto*

Honorable James A. Soto
United States District Judge